1 LAW OFFICES OF JULIE M. MCCOY
  JULIE M. MCCOY, Bar no. 129640
2 JACQUELYNE M. NGUYEN, Bar no. 249658
  1670 SANTA ANA AVE., SUITE "K"
3 COSTA MESA, CA 92627
  Telephone: (949) 722-0055
4 Fax: (949) 722-8416

5 Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN M. CORDOVA,<br><br>　　　　　　Defendant | No. CV A 10- 7334<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John M. Cordova, in the principal amount of $3,186.15 plus interest accrued to August 25, 2010, in the sum of $4,880.19; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $8,066.34.

DATED: 11/2/2010　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court